# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

*SOUTHERN DISTRICT OF MISSISSIPPI F I L E D  JUN 11 2024  ARTHUR JOHNSTON  BY _____ DEPUTY*

TONY L. BARNES, E.T.A.L.

V.                    Civil Action No. 3:24cv340-CWR-LGI

CORRECTIONS OFFICER, MS. FULLER, E.T.A.L.
CORRECTIONS OFFICER, MS. KATE,
CORRECTIONS OFFICER, MR. THIGPEN,
NURSE, MS. SWILEY, and other JOHN
AND JANE DOE DEFENDANTS, individually, and in their official capacities

## I. JURISDICTION & VENUE

1. This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation under Color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28. U.S.C. Section 1331 and 1343(a)(3) and Rule 65 of the Federal Rules of Civil Procedure.

2. The Southern District of Mississippi is an appropriate Venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this Claim occurred.

## II. PLAINTIFF

3. Plaintiff, Tony L. Barnes, is and was at all times mentioned herein an inmate of the Copiah County Sheriffs' Office. He is currently confined in the Copiah County Detention Center, in the City of Gallman, State of Mississippi.

## III. DEFENDANTS.

4. Defendant, Ms. Fuller is a Correctional Officer of the Copiah County Detention Center who, at all times mentioned in this Complaint, held the rank of Corrections Officer and was assigned to the Copiah County Detention Center.

5. Defendant, Ms. Kate is a Corrections Officer of the Copiah County ~~Dent~~ Detention Center who, at all times mentioned in this Complaint, held the rank of Corrections Officer and was assigned to the Copiah County Detention Center.

6. Defendant Mr. Thigpen is a Correctional Officer of the Copiah County Detention Center who, at all times mentioned in this Complaint, held the rank of Corrections Officer and was assigned to the Copiah County Detention Center.

7. Defendant, Ms. Swiley is a Corrections Nurse

of the Copiah County Detention Center who, at all times mentioned in this Complaint, held the position of Nurse and was assigned to the Copiah County Detention Center.

8. Each defendant is sued individually and in his Official Capacity. At all times mentioned in this Complaint, each defendant acted under color of state law.

## IV. FACTS

9. At all times relevant to this case, Plaintiff Tony Barnes was housed in cell block B.

10. On the 27th day of August, 2022, the plaintiff started to have severe pain in the upper left side of his stomach; so he then proceeded to walk to the intercom to press the button to inform the Corrections officer of his emergency; the time I reported this emergency was at approximately 10:30 Am.

11. Plaintiff then waited for someone to come and check on him; after twenty minutes had passed, defendant Ms. Kate finally came to check on me, she saw that plaintiff was lying on the floor, then defendant Ms. Kate stated: "aint nothing wrong with you," as defendant John Doe accompanied her stating: "Tony get your ass up and get on your rack, there is nothing wrong with you," closed the door and walked away; the time was 10:50 A.M.

12. Plaintiff then walked to his bunk in terrible pain; plaintiff then waited 10 minutes later, then filled out a Medical\Sick Call form and placed in the entrance\exit door to cell block B. and someone immediately came to the cell block door to retrieve it; the time was between 11:00 AM and 11:04 AM.

13. As minutes passed, the pain started to intensify to the point I could not hardly breath; plaintiff then walked backed to the intercom, begging defendant Ms. Fuller to please get him some medical attention, I am in severe pain, with the sound of distress and agony in my voice, I begged for medical attention starting about 11:10 A.m. to around 10:40 P.m.

14. It was maybe 5 minutes later, plaintiff asked another inmate if he would please kick on the cell block door as no one seems to take me serious, so I got someone to kick the door for me to get the Corrections Officers attention and finally defendant Mr. Thigpen came to see about the inmate kicking on the door.

15. The time defendant Thigpen came to cell block B was 10:45 P.m., this is when plaintiff was removed from cell block B; he was then escorted to the booking area of the detention center, only to be placed inside a room considered to be the law library for the Copiah County Detention Center.

16. While plaintiff is lying on the floor in severe pain; defendant started calling the nurse Mrs. Swiley, defendant Swiley never showed up at all, even after being called many times.

17. All through the rest of the evening, as well as the morning hours, plaintiff remained in the booking area, inside the room considered to be the law library until 6:30 A.M. the next day; this is when Corrections officer Mrs. Sutten, not a defendant named in this Complaint; arrived to the Detention Center.

18. Corrections Officer Mrs. Sutten transported plaintiff to the hospital located in Hazlehurst, Ms.; there he was checked in, then placed inside a room; while in that room plaintiff was subject to a Urine sample only to be tested; then after, the plaintiff was then moved into another room.

19. Upon plaintiff being placed in another room of the hospital; there, he was then subject to a "Cat scan," and that Cat scan determind that plaintiffs' "Spleen" ruptured and thus bleeding out internally; after these findings, plaintiff was then rushed to the University of Mississippi Medical Center (U.M.M.C.) in Jackson, Mississippi.

20. Upon arrival to the U.M.M.C., plaintiff was rushed in to have "Major Surgery" performed on him; this major surgery lasted for maybe one (1) and a half hour; plaintiffs' spleen was completely taken out.

21. After the major surgery, defendant Mrs. Swiley showed up inside plaintiffs' hospital room and stated: "look at him, he's feeling better now," I never seen her again after my surgery, until this day, I have yet to see defendant Mrs. Swiley

5 of 8

22. Plaintiff was scheduled a doctors appointment for the last week of September of 2022, to have staples removed due to having surgery. Upon the doctor removing the staples from plaintiff, the doctor informed him and staff that: "Since I have no spleen, I have to get a Flu shot every Flu season." It has been two (2) years since then, and plaintiff has yet been taken to get such needed vaccination as he still remains in custody.

## V. LEGAL CLAIMS

23. Defendant Ms. Kate failed to act when plaintiff complained of his medical emergency was deliberate indifference to medical needs, and violated plaintiff Tony L. Barnes rights and constituted Cruel and unusual punishment under the Eighth & Fourteenth Amendment to the United States Constitution.

24. Defendant Ms. Fuller failed to act when plaintiff complained of his medical emergency was deliberate indifference to medical needs, violated plaintiff Tony L. Barnes rights and Constituted Cruel and unusual punishment under the Eighth & Fourteenth Amendment to the United States Constitution.

25. Defendant Mr. Thigpen failed to act adequately when plaintiff complained of his medical emergency was deliberate indifference to medical needs, violated plaintiff Tony L. Barnes rights and Constituted Cruel and Unusual punishment under the Eighth & Fourteenth Amendment to the United States Constitution.

26. Defendant Mrs. Swiley failed to act when plaintiff complain of his medical emergency was deliberate indifference to medical needs, violated plaintiff Tony L. Barnes rights and constituted cruel and unusual punishment under the Eighth & Fourteenth Amendment to the United States Constitution.

## VI. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

27. Compensatory damages in the amount of $12,500.00 against each defendant, jointly and severally.

28. Punitive damages in the amount of $5,000.00 against each defendant, jointly and severally.

29. Plaintiff also seeks a jury trial on all issues triable by jury.

30. Plaintiff also seeks recovery of his costs in this suit, and

Any additional relief this court deems just, proper, and equitable.

Dated: May 18, 2024

Respectfully submitted, Tony L. Barnes
Post Office ~~St~~ Box 547
Hazlehurst, Mississippi 39083

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to me I certify under penalty of perjury that the foregoing is true and correct.

Executed at Gallman, Mississippi on May 18, 2024

S\ _/s/ Tony Barnes_
TONY L. BARNES