TONY L. BARNES                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:24-cv-340
                                                CWR-LGI
DIANE FULLER, ET AL.                                              DEFENDANTS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 25 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

This is Tony L. Barnes currently housed at the Claiborne County Jail. I am writting to let u know that Im being released on 8/5/25 I will resign to Crystal Springs MS. Address 220 Camp St. I will notice you on any changes.