SOUTHERN DISTRICT OF MISSISSIPPI
FILED

SEP 26 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

Tony Barnes

V

Case # —

Daisu Fulleged

This is Tony Barnes I'm at the Gallman Jail to aform yall I have a hearing Oct 1 will yail and my initial apperance for Crystal springs Municipal court is on Oct 1 I writting Just to let you now Thanks