**EXHIBIT LIST**

PLEASE LIST ALL OF THE EXHIBITS YOU WILL USE IN THE TRIAL OF YOUR CASE (papers, medical records, pictures, statements of witnesses, etc.). FOR EACH EXHIBIT LISTED, WRITE OF THIS SHEET:

        1. A brief description of the exhibit;
        2. A short statement of the purpose for which the exhibit will be introduced.

1. Medical records of Plaintiff from Copiah County Medical Center

2. Medical records of Plaintiff from any other hospitals or medical facilities related to the incident in question.

3. Any document identified in discovery.

4. Any document identified by Plaintiff.

5. Any document identified at the omnibus hearing.

6.

7.

8.

9.

10.

_____
Attorney for Defendants

_____
10/15/25
Date